IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DUSTIN J. WILLOUGHBY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 22-cv-84-DWD |
| | ) |
| **MOULTRIE COUNTY JAIL,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On April 28, 2022, the Court directed Plaintiff Dustin Willoughby, to file a second amended complaint by May 31, 2022. (Doc. 16). The Court clearly warned Plaintiff that if he failed to file an amended complaint, his case would be dismissed with prejudice for failure to state a claim or to comply with a court order. (Doc. 16 at 3); *see also* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order). The Court has not received any correspondence from Plaintiff. Therefore, Plaintiff's case is now dismissed for failure to state a claim in his earlier complaint, and for failure to file a second amended complaint. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: 06/08/2022

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge